# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 22, 2020

## NO. 03-19-00457-CV

**Stanley West, Appellant**

**v.**

**D&A West Ranch Family Limited Partnership, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO 3 OF HAYS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on June 17, 2019. Stanley West has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.